# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MPower Systems India (PVT) LTD., et al., | Case #3:16-CV-00558 |
| Plaintiff(s), | **CORRECTED - VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. ArticMaster, Inc. | |
| Defendant(s). | FILING FEE IS $250.00 |

__Christopher Dobbins__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Law Offices of Christopher Dobbins
    (firm name)

    with offices at _____P.O. Box 5218_____,
    (street address)

    __Oakland__, __California__, __94605__,
    (city)  (state)  (zip code)

    __510-562-2506__, __chrisdobbinslaw@yahoo.com__.
    (area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    __ArticMaster, Inc.__ to provide legal representation in connection with
    [client(s)]

    the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 1, 2008** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court NorCal | 6/18/2018 | 258002 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) This attorney was suspended for six months on May 29, 2014, but the suspension was stayed and this attorney was placed on probation for one year, ordered to pay a fine, and retake the MPRE. This attorney successfully successfully retook and passed the MPRE, successfully completed probation, and is paying off the fine. See State Bar Court of California Case Nos. 11-O-14777, 11-O-14778.
In a 2011 criminal trial in Santa Clara County, the trial judge found this attorney violated CA Business & Professions Codes 6103 and 6068(o). The opinion was appealed and the results were as stated above. The events occurred early in this attorney's career and since, this attorney has had over 10 trials without incident.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Member of the California Bar Association, Member of Alameda County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF Alameda )

___Christopher Dobbins___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

2nd day of April, 2019.

M. X. Joshi
Notary Public or Clerk of Court

MINAL A. JOSHI
COMM. # 2255984
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Aug. 26, 2022

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nickolas A. Urick___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

P.O. Box 371
(street address)

La Puente, California, 91747
(city)        (state)      (zip code)

626-419-3600, nurick@nickuricklaw.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Nickolas A. Urick___ as
(name of local-counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____(signature)_____
(party's signature)

Walter Chan — President Articmaster Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____(signature)_____
Designated Resident Nevada Counsel's signature

9925                nurick@nickuricklaw.com
Bar number          Email address

APPROVED:

Dated: this __15th__ day of __July__, 20__19__.

_____(signature)_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617      TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

May 6, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER PHILLIP DOBBINS, #258002 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2008; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); that on July 12, 2012, a notice of disciplinary charges directed to the licensee was issued to commence formal disciplinary proceedings and hearings; that on May 29, 2014, he was placed on a one year probation by the State Bar of California; and that he has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records