Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax:   (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys for Plaintiff MPower Systems India (PVT) LTD and Union Power Technical Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MPOWER SYSTEMS INDIA (PVT) LTD., an Indian corporation; and UNION POWER TECHNICAL SERVICES LLC, a UAE limited liability company,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ARTICMASTER INC., a Nevada corporation,<br><br>　　　　　Defendant.<br>_____<br>ARTICMASTER INC.,<br><br>　　　　　Counter-Plaintiff,<br>v.<br><br>MPOWER SYSTEMS INDIA (PVT) LTD; and UNION POWER TECHNICAL SERVICES LLC; DOES 1 to 10; and ROE CORPORATION 11 to 20, inclusive.<br><br>　　　　　Counter-Defendants. | Case No. 3:16-cv-00558-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to the Mutual Release and Settlement Agreement entered into on August 9, 2019, it is hereby stipulated between Plaintiffs/Counter-Defendants MPower Systems India (PVT) Ltd. ("MPower") and Union Power Technical Services LLC ("Union Power," collectively, the "Plaintiffs"), by and through their counsel, HOLLAND & HART LLP, and Defendant/Counter-

Plaintiff Articmaster Inc. ("Defendant" or "Articmaster"), by and through its counsel of record, LAW OFFICE OF NICKOLAS A URICK, that all claims and counterclaims asserted by Plaintiffs and Defendant in the above-captioned matter against each other shall be dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

**IT IS SO STIPUATED.**

Dated this 14th day of August 2019.

/s/ Joseph G. Went

Joseph G. Went, Esq.
Sydney R. Gambee, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff MPower Systems India (PVT) LTD and Union Power Technical Services LLC*

Dated this 14th day of August 2019.

/s/ Nick A. Urick

Nickolas A. Urick, Esq.
LAW OFFICE OF NICKOLAS A. URICK
PO Box 371
La Puente, California 91747

*Attorney for Defendant Articmaster, Inc.*

**ORDER**

**IT IS SO ORDERED**.

DATED this 14th day of August, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

13412081_v1